```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF PUERTO RICO
```

**United States of America**

    **v.**                                          Criminal No. 3:08-cr-36-PJB

**Anibal Acevedo Vila, et al.**


### O R D E R


1.   On or before February 2, 2009, the government shall file:

    (a)  A list of witnesses separately identifying those whom the government expects to call and those whom the government may call if the need arises.

    (b)  A list of exhibits to be offered at trial separately identifying those that the government expects to offer and those that the party may offer if the need arises.  Exhibits intended to be used solely for impeachment need not be listed.  Exhibits shall be pre-marked for identification and numbered.

    (c)  A detailed factual proffer supporting the admission of all statements that the government intends to offer pursuant to Fed. R. Crim. P. 801(d)(2)(E).  The proffer shall comply with <u>United States v. Petrozziello</u>, 548 F.2d 20, 23 (1st Cir. 1977) and its progeny.

     (d)  Proposed jury instructions addressing the elements of each charge and any unusual issues that may arise during the course of the trial.

     (e)  Motions in limine.

     (f)  Voir dire requests.

2.  On or before February 2, 2009, the defendants shall file:

     (a)  Proposed jury instructions addressing the elements of each charge and any unusual issues that may arise during the course of the trial.

     (b)  Motions in limine.

     (c)  Voir dire requests.

3.  Three days before the anticipated close of the government's case, the defendants shall file:

     (a)  A list of witnesses separately identifying those whom the government expects to call and those whom the government may call if the need arises.

     (b)  A list of exhibits to be offered at trial separately identifying those exhibits that the defendants intend to offer and those that the defendants may offer if the need arises. Exhibits intended to be used solely for impeachment need not be listed.  Exhibits shall be pre-marked for identification and numbered.

4.   Objections to motions in limine, proposed voir dire, and proposed jury instructions filed by either side and objections to the government's exhibits shall be filed on or before February 9, 2009.  Objections to the defendants' exhibits shall be made when the exhibits are offered.

5.   Any objection to this order shall be filed by January 13, 2009.

    SO ORDERED.

        /s/Paul Barbadoro
        Paul Barbadoro
        United States District Judge
        District of New Hampshire
        Sitting by Designation

December 31, 2008

cc:   Counsel of Record